United States Courts
Southern District of Texas
FILED

*May 20, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No.: **4:26-cr-298** |
| v. | § | |
| | § | |
| RONNIE TIRADO, | § | |
| | § | |
| Defendant. | § | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE
21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)
Possession with Intent to Distribute Methamphetamine**

On or about January 8, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**RONNIE TIRADO**

knowingly and intentionally possessed with intent to distribute, and knowingly aided and abetted the possession with intent to distribute of, at least fifty grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii) and Title 18, United States Code, Section 2.

**COUNT TWO
21 U.S.C. § 841(a)(1), (b)(1)(C)
Possession with Intent to Distribute MDMA**

On or about January 8, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**RONNIE TIRADO**

knowingly and intentionally possessed with intent to distribute, and knowingly aided and abetted the possession with intent to distribute of, 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT THREE**
**21 U.S.C. § 841(a)(1), (b)(1)(C)**
**Possession with Intent to Distribute Cocaine**

On or about January 8, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**RONNIE TIRADO**

knowingly and intentionally possessed with intent to distribute, and knowingly aided and abetted the possession with intent to distribute of, cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT FOUR**
**21 U.S.C. § 841(a)(1), (b)(1)(C)**
**Possession with Intent to Distribute DMT**

On or about January 8, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**RONNIE TIRADO**

knowingly and intentionally possessed with intent to distribute, and knowingly aided and abetted the possession with intent to distribute of, N,N-Dimethyltryptamine (DMT), a Schedule I controlled substance.

2

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT FIVE
**21 U.S.C. § 856(a)**
**Maintaining a Drug Involved Premises**

Beginning on an unknown date and continuing until on or about January 8, 2026, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**RONNIE TIRADO**

knowingly opened, leased, rented, used, and maintained a place, permanently and temporarily, for the purpose of manufacturing and distributing any controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1), (b)(1)(C).

### NOTICE OF CRIMINAL FORFEITURE

**21 U.S.C. § 853**

Pursuant to Title 21, United States Code, Section 853, the United States hereby gives notice to Defendant

**RONNIE TIRADO**

that in the event of a conviction for a violation of Title 21, United States Code, Section 841 as alleged in Counts One through Four or a conviction for a violation of Title 21, United States Code, Section 856(a) as alleged in Count Five, the following a subject to forfeiture:

1.    all property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and

2.    all property used or intended to be used in any manner or part to commit or facilitate the commission of such offense.

Such property includes the following:

1.      The real property at 501 E. 40th 1/2 Street, Houston, Texas 77022.

2.      $38,078 found in a safe at 501 E. 40th 1/2 Street, Houston, Texas 77002.

3.      A Benelli S.p.A. model Super Black Eagle III 12-gauge shotgun bearing serial number U67281J5.

4.      A Masterpiece Arms model defender 9mm caliber pistol bearing serial number FX09931.

5.      A Sig Sauer model P365 .380 caliber pistol bearing serial number 66B776438.

6.      A Palmetto State Armory model Dagger Compact multi caliber pistol bearing serial number JD9008112.

7.      A Beretta Pietro S.p.A. model 92S 9mm caliber pistol bearing serial number U02716Z.

8.      A Smith & Wesson model M&P Bodyguard 380 .380 caliber pistol bearing serial number KFT7760.

9.      A Colt model Government .380 caliber pistol bearing serial number GV042574.

10.     A Palmetto State Armory model Dagger 9mm caliber pistol bearing serial number SC927480.

11.     A Tisas-Trabzon Gun Industry Corp. model ZIG M 1911 .45 caliber pistol bearing serial number T0620-22Z30407.

12.     A Taurus Model PT111 9mm caliber pistol bearing serial number TSF66607.

13.     An FI model Titan .25 caliber pistol bearing serial number A27254.

14.     A Kimber model Eclipse Target II .38 caliber pistol bearing serial number K297845.

15. A Smith & Wesson model M&P Bodyguard 380 .380 caliber pistol bearing serial number KJJ1299.

16. A Smith & Wesson model M&P 30SC Shield Plus .30 caliber pistol bearing serial number JPT9490.

17. A Tisas-Trabzon Gun Industry Corp. model ZIG PCS 1911 .45 caliber pistol bearing T0620-21AK00542.

18. A Sig Sauer model P320 9mm caliber pistol bearing serial number 58J486824.

19. A Surefire LLC model SOCOM556-RC2 5.56mm caliber silencer bearing serial number A51N89536.

20. A BP Firearms Co. LLC (Bergara USA/Dead Air/BPI) model NOMAD-30 7.62mm caliber silencer bearing serial number MAD-15360)

21. A Silencerco LLC model Omega K 9mm caliber silencer, bearing serial number OMG9K-30926.

22. An Anderson Arms model AM-15 .300 caliber rifle bearing serial number 21130494.

23. A Palmetto State Armory model PA-15 .300 caliber rifle bearing serial number SCDS10Z91.

24. A a Izhmash (IMEZ) model Saiga 12 12-gauge shotgun bearing serial number H08428048.

25. A Christensen Arms (TDJ Inc.) model CA-10 G2 6.5mm caliber rifle bearing serial number 2M01401.

26. A Palmetto State Armory model PSAK47 7.62mm caliber rifle bearing serial number AKB004946.

27.     A Ruger model 10/22 .22 caliber rifle bearing serial number 0025-78418.

28.     A Remington Arms Company, Inc. model 700 6.5mm caliber rifle bearing serial number RAR018461.

29.     A Palmetto State Armory model PA-15 5.56mm caliber rifle bearing serial number PA195171.

30.     A Wilson Combat model WC-15 5.56mm caliber rifle bearing serial number WCPL19636.

31.     A Palmetto State Armory model AKV 9mm caliber pistol bearing serial number AKV022001.

32.     A Glock model 43 9mm caliber pistol bearing serial number BTTL083.

### Money Judgment

In the event of conviction of any Count of the Indictment, the United States may seek a money judgment.

### Substitute Property

If any of the property described above, as a result of any act or omission of Defendant:

Cannot be located upon exercise of due diligence,

Has been transferred or sold to, or deposited with, a third party,

Has been placed beyond the jurisdiction of the Court,

Has been substantially diminished in value, or

///

6

Has been commingled with other property that cannot be divided without difficulty, the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

_____
SHAWN J. NELSON
ASSISTANT UNITED STATES ATTORNEY

7